UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                          Case No. 18-20638 (EDMI)
                                              17-20676 (SDFL)

v.                                  Honorable: Stephen J. Murphy, III

D-1,WAYNE SCOTT SIMPSON,

        Defendant.

_____/

**PRELIMINARY ORDER OF FORFEITURE**

Pursuant to Fed. R. Crim. P. 32.2, 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461, and/or 18 U.S.C. § 982(a)(8), and based upon Defendant Wayne Simpson's Rule 11 Plea Agreement, Defendant's guilty plea to Count One of the Indictment (a violation of 18 U.S.C. § 1349), the Government's Application for Entry of Preliminary Order of Forfeiture, and other information in the record, **IT IS HEREBY ORDERED AND ADJUDGED** that:

1. Defendant shall forfeit to the United States his interest in any property that constitutes or is derived from proceeds traceable to his violation of 18 U.S.C. § 1349.

2. A forfeiture money judgment in the amount of $289,000 is granted and entered against Defendant in favor of the United States of America.

3. The money judgment may be satisfied, to whatever extent possible, from any property owned or under the control of Defendant.  To satisfy the

money judgment, any assets that Defendant has now, or may later acquire

may be forfeited as substitute assets under 21 U.S.C. § 853(p)(2).

4.  This Preliminary Order of Forfeiture is final and enforceable against

Defendant upon being entered by the Court.

5.  Pursuant to Fed. R. Crim. P. 32.2, this Preliminary Order of Forfeiture

shall be made part of Defendant's sentence and included in the Judgment,

and shall not be the subject of ancillary proceedings given that the

forfeiture consists entirely of a money judgment.

6.  The Court shall retain jurisdiction to enforce this Order and to amend it

as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

**SO ORDERED.**

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
Dated: February 25, 2019        United States District Court Judge


I hereby certify that a copy of the foregoing document was served upon the parties
and/or counsel of record on February 25, 2019, by electronic and/or ordinary mail.

s/David P. Parker
Case Manager

2